■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH D. AYER, Appellant. [987 NYS2d 589]—Appeal from a judgment of the Supreme Court, Erie County (Russell P. Buscaglia, A.J.), rendered November 8, 2012. The judgment convicted defendant, upon his plea of guilty, of criminally negligent homicide.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Centra, Carni, Lindley and DeJoseph, JJ.